Núm. 33.—Montaner, Admor., recurrente, v. Comisión Industrial, etc., recurrida, y García lesionado.—Original. Recurso de Revisión. Febrero 2, 1939.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, con fecha 17 de enero de 1939 resolvimos definitivamente este recurso confirmando la resolución de la Comisión Industrial que le concedía compensación al obrero lesionado (ante, pág. 67);

Por cuanto, con anterioridad a dicha fecha habíamos revocado la mencionada resolución de la Comisión Industrial con fecha 13 de julio de 1938 (53 D.P.R. 518), sentencia que fué reconsiderada a solicitud del obrero lesionado;

Por cuanto, ahora tenemos ante nos una moción radicada por el abogado del obrero para que fijemos los honorarios que equitativa-

mente deba recibir dicho letrado de acuerdo con el artículo 35 de la Ley núm. 45 de 1935 ((1) pág. 251 último párrafo) que dispone:

"En los casos que sean objeto de revisión ante las cortes y en los de *mandamus* autorizados por esta Ley y en que se utilicen los servicios de un abogado, la Corte ante la cual se vea el caso fijará los honorarios que equitativamente debe recibir el abogado;"

POR CUANTO, vista la disposición legal que antecede y considerada la labor efectuada por dicho abogado ante esta corte;

POR TANTO, se accede a la moción radicada y se fijan dichos honorarios en la suma de cincuenta dólares ($50).